NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
ANNABELLE J. YANG, CSBN 276380
Special Assistant United States Attorney
       Social Security Administration
       160 Spear St., Suite 800
       San Francisco, CA  94105
       Telephone:  (415) 977-8946
       Facsimile:  (415) 744-0134
       Email:  annabelle.yang@ssa.gov

Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STEPHANIE FREESE,<br><br>                Plaintiff,<br><br>        vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>                Defendant. | Case No.: 2:18-CV-08330-DFM<br><br>**JUDGMENT OF REMAND** |

     The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: <u>March 18, 2019</u>

HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE